The relief described hereinbelow is SO ORDERED.

Signed June 01, 2010.



_____
Ronald B. King
United States Chief Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 10-51125-RBK-13 |
| | § | |
| KATHRYN JEANETTE RUBENKING, | § | |
|    Debtor | § | CHAPTER 13 |
| | § | |
| WELLS FARGO BANK, N.A., | § | |
| SUCCESSOR BY MERGER TO WELLS | § | |
| FARGO HOME MORTGAGE, INC. | § | |
| AS SERVICING AGENT FOR | § | |
| FNMA ITS ASSIGNS AND/OR | § | |
| SUCCESSORS IN INTEREST, | § | |
|    Movant | § | HEARING DATE:_____ |
| | § | |
| v. | § | TIME:_____ |
| | § | |
| KATHRYN JEANETTE | § | |
| RUBENKING; MARY K. | § | |
| VIEGELAHN, Trustee | § | |
|    Respondents | § | JUDGE RONALD B. KING |

**<u>ORDER LIFTING STAY AS TO DEBTOR</u>**

On this day came on before the Court the Motion of WELLS FARGO BANK, N.A.,

SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. AS

SERVICING AGENT FOR FNMA ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST, Movant, for Relief from Stay of Action Against Debtor(s) pursuant to 11 U.S.C. § 362(a) and waiver of thirty day requirement pursuant to § 362(e). The Court is advised that after proper notice and timely service of the Motion, no response has been filed and the Motion should be granted. Therefore, it is

    ORDERED that the stay afforded by 11 U.S.C. §362 is terminated with respect to Movant on the following described property, to wit:

>LOT 3, BLOCK 1, TRACT 124, LAKE HAVASU CITY, ARIZONA, ACCORDING TO THE PLAT RECORDED MARCH 31, 1964 AS FEE NO. 64-132477, RECORDS OF MOHAVE COUNTY, ARIZONA:
>
>EXCEPT 1/16TH OF ALL OIL, GASES, AND OTHER HYDROCARBON SUBSTANCES, COAL, STONE, METALS, MINERALS, FOSSILS AND FERTILIZERS OF EVERY NAME AND DESCRIPTION AND EXCEPT ALL MATERIALS WHICH MAY BE ESSENTIAL TO PRODUCTION OF FISSIONABLE MATERIALS AS RESERVED IN ARIZONA REVISED STATUES.
>
>EXCEPT ALL OIL, GAS, COAL AND MINERALS BELOW A DEPTH OF 500 FROM THE SURFACE, AS RESERVED IN DEED RECORDED IN BOOK 158 OF DEEDS, PAGE 8, RECORDS OF MOHAVE COUNTY, ARIZONA.
>
>EXCEPT ALL UNDERGROUND AND WATER RIGHTS APPURTENANT THERETO, AND EXCEPT ALL GAS, COAL AND MINERALS WHATSOEVER AS RESERVED IN DEED RECORDED IN BOOK 169 OF DEEDS, PAGE 147, RECORDS OF MOHAVE COUNTY, ARIZONA.
>
>APN: 105-05-003

It is further

   ORDERED that the provision of Rule 4001 (a) (3), Federal Rules of Bankruptcy Procedure is hereby waived and WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE, INC. AS SERVICING AGENT FOR FNMA ITS ASSIGNS AND/OR SUCCESSORS IN INTEREST may immediately enforce and implement this Order Lifting Stay.

# # #

APPROVED AS TO FORM AND SUBSTANCE

BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP


BY: /s/ STEVE TURNER
    STEVE TURNER
    TX NO. 20341700
    610 WEST 5TH STREET SUITE 602
    AUSTIN, TX 78701
    Telephone: (512) 477-0008
    Facsimile: (512) 477-1112
    E-mail: WDECF@BDFGROUP.COM
    ATTORNEY FOR MOVANT